# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAN-CHING HUANG,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No: 3:15-cv-00738(JAM)<br>: |
| HARBOR FREIGHT USA TOOLS INC.,<br>　　　　Defendant. | :<br>: |

## JUDGMENT

This matter came for consideration before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of plaintiff's complaint (Doc. #1).

Notice having been given on October 16, 2015 to counsel of record of the proposed dismissal of this case pursuant to Rule 41 of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, and no action having been taken and no satisfactory explanation having been submitted to the Court by or after the most recent extended deadline of April 18, 2016,

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order Dismissing Case (Doc. #37) on May 6, 2016, dismissing the case for failure to prosecute. Therefore, it is

ORDERED, ADJUDGED and DECREED that the action is dismissed and the case is closed.

Dated at New Haven, Connecticut this 6th day of May 2016.

        ROBIN D. TABORA, Clerk

        By /s/ Yelena Gutierrez
        Yelena Gutierrez
        Deputy Clerk

EOD:  May 6, 2016